UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HOWARD V. WILLIAMS, ANTONIAL
RANDLE, ROY ROBINSON, DAVID
GREEN, SHAWN MCDEW, and CHARLES
PETTIES,

        Case Number: 2:09-cv-12707

    Plaintiffs,

        HON. PATRICK J. DUGGAN

v.

UNITED STATES GOVERNMENT and FCI
MILAN,

    Defendants.
_____/

## JUDGMENT

For the reasons set forth in an opinion issued this date and pursuant to 28 U.S.C. § 1915(e)(2), **IT IS ORDERED, ADJUDGED, AND DECREED** that the complaint is **DISMISSED WITH PREJUDICE** as to Plaintiff Williams and **DISMISSED WITHOUT PREJUDICE** as to Plaintiffs Randle, Robinson, Green, McDew, and Petties.

        s/PATRICK J. DUGGAN
        UNITED STATES DISTRICT JUDGE

Date: August 4, 2009

copies to:

| | | |
|---|---|---|
| Howard Williams | Roy Robinson | Shawn McDew |
| 52528060 | 31801039 | 52527060 |
| FCI Milan | FCI Milan | FCI Milan |
| Inmate Mail/Parcels | Inmate Mail/Parcels | Inmate Mail/Parcels |
| P.O. Box 1000 | P.O. Box 1000 | P.O. Box 1000 |
| Milan, MI 48160 | Milan, MI 48160 | Milan, MI 48160 |

Antonial Randle
14272026
FCI Milan
Inmate Mail/Parcels
P.O. Box 1000
Milan, MI 48160

David Green
01665041
FCI Milan
Inmate Mail/Parcels
P.O. Box 1000
Milan, MI 48160

Charles Petties
55210060
FCI Milan
Inmate Mail/Parcels
P.O. Box 1000
Milan, MI 48160